# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154442(172)


ALI BAZZI,
        Plaintiff-Appellant,

and

GENEX PHYSICAL THERAPY, INC. and
ELITE CHIROPRACTIC CENTER, PC,
        Intervening Plaintiffs-Appellants,

and

TRANSMEDIC, LLC,
        Intervening Plaintiff-Appellee,

v

SENTINEL INSURANCE COMPANY,
        Defendant/Third-Party
        Plaintiff-Appellee,

and

CITIZENS INSURANCE COMPANY,
        Defendant-Appellee,

and

HALA BAYDOUN BAZZI and
MARIAM BAZZI,
        Third-Party Defendants-Appellees.
_____/

SC: 154442
COA: 320518
Wayne CC: 13-000659-NF

      On order of the Chief Justice, the motion of the Southeast Michigan Surgical Hospital, LLC, and Jamie Letkemann to file a late brief amicus curiae is GRANTED. The amicus brief submitted on December 21, 2017, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2017



Clerk